UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAUREEN SEE,

            Plaintiff,

  v.

SAN JUAN COUNTY, et al.,

           Defendants.

Case No. 2:13-cv-01321-TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court heard oral argument on plaintiff's Motion for Partial Summary Judgment (dkt no. 34), and defendants' Motion for Summary Judgment (dkt no. 32), on October 3, 2014. The Court now grants in part and denies in part as follows:

        (a)    Plaintiff's Motion for Partial Summary Judgment is DENIED.

        (b)    Defendants' Motion for Summary Judgment as to plaintiff's First Amendment Claim is DENIED.

        (c)    Defendants' Motion for Summary Judgment as to plaintiff's breach of contract claim is DENIED.

        (d)    Defendants' Motion for Summary Judgment as to plaintiff's Fourteenth Amendment due process claim is GRANTED. Plaintiff's Second Cause of Action is DISMISSED.

        (e)    Defendants' Motion for Summary Judgment as to qualified immunity for the individual defendants regarding plaintiff's First and Fourteenth Amendment claims is GRANTED. All claims against the individual defendants are DISMISSED.

MINUTE ORDER - 1

(2)  The Court will issue a separate order explaining its reasoning.

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of October, 2014.

William M. McCool  
Clerk

s/Claudia Hawney  
Deputy Clerk

MINUTE ORDER - 2